UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>FORTINO SEGURA-GOMEZ,<br><br>  Defendant. | Case No. CR00-51 RSM<br><br>**PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE** |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on March 9, 2009. The defendant appeared pursuant to a summons issued in this case. The United States was represented by Bruce Miyake, and defendant was represented by Ralph Hurvitz. Also present was U.S. Probation Officers Kathy Stringer and Armando Melendez. The proceedings were digitally recorded.

## CONVICTION AND SENTENCE

Defendant was sentenced on September 21, 2001 by the Honorable Barbara J. Rothstein for Conspiracy to Distribute Methamphetamine; and Distribution of Methamphetamine. He received 84 months in custody and five years of supervised release.

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO VIOLATIONS OF
SUPERVISED RELEASE -1

## PRESENTLY ALLEGED VIOLATIONS AND DEFENDANT'S ADMISSION OF THE VIOLATION

In a petition dated November 12, 2008, Supervising U.S. Probation Officer Todd A. Sanders alleged that defendant violated the following conditions of supervised release by:

1. Reentering the United States without permission of the BICE, on or before July 29, 2008, in violation of the standard condition that he not commit another federal, state, or local crime.

2. Committing the crime of Money Laundering, on or about July 29, 2008, in violation of the standard condition that he not commit another federal, state, or local crime.

Defendant admitted violation 2 and waived any hearing as to whether it occurred. Based on the testimony presented by the government, the Court found defendant violated violation 1. Defendant was remanded into custody and informed that his disposition hearing was set for March 13, 2009 before District Judge Ricardo S. Martinez.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 9th day of March, 2009.

BRIAN A. TSUCHIDA
United States Magistrate Judge

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO VIOLATIONS OF
SUPERVISED RELEASE -2